# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

127386

JUDY YORK,
      Petitioner-Appellant,

v

CIVIL SERVICE COMMISSION and FAMILY
INDEPENDENCE AGENCY,
      Respondents-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127386
COA: 246137
Ingham CC: 01-093971-AA

On order of the Court, the application for leave to appeal the September 30, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

t1121